## Harbeck Unemployment Compensation Case.

Argued June 10, 1964. *Robert M. Harbeck,* appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Ortino Unemployment Compensation Case.
## Department of Labor and Industry, Bureau of Employment Security, Appellant, *v.* Unemployment Compensation Board of Review.

Argued June 11, 1964. *Morley W. Baker,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Department of Labor and Industry; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.